| Fill in this information to identify your case: | | |
|---|---|---|
| Debtor 1 | **Thomas Jones Bartholomew** | |
| | First Name    Middle Name    Last Name | |
| Debtor 2 | **Cheryl Marie Fabian** | |
| (Spouse if, filing) | First Name    Middle Name    Last Name | |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF OHIO | |
| Case number (if known) | 18-53028 | ☐ Check if this is an amended filing |

# Official Form 108
# Statement of Intention for Individuals Filing Under Chapter 7    12/15

**If you are an individual filing under chapter 7, you must fill out this form if:**
■ creditors have claims secured by your property, or
■ you have leased personal property and the lease has not expired.

You must file this form with the court within 30 days after you file your bankruptcy petition or by the date set for the meeting of creditors, whichever is earlier, unless the court extends the time for cause. You must also send copies to the creditors and lessors you list on the form

If two married people are filing together in a joint case, both are equally responsible for supplying correct information. Both debtors must sign and date the form.

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known).

## Part 1:    List Your Creditors Who Have Secured Claims

1. **For any creditors that you listed in Part 1 of Schedule D: Creditors Who Have Claims Secured by Property (Official Form 106D), fill in the information below.**

| Identify the creditor and the property that is collateral | What do you intend to do with the property that secures a debt? | Did you claim the property as exempt on Schedule C? |
|---|---|---|
| Creditor's name: **Citibank S.D.** <br><br> Description of property securing debt: **5392 Windem Drive Medina, OH 44256  Medina County Situated in the Township of Montville, County of Medina, and State of Ohio, and known as being teh whole of Sublot Number Seventy-One (71) in teh Ridgewood Falls Subdivision Phase 4 of part** | ☐ Surrender the property. <br> ☐ Retain the property and redeem it. <br> ☐ Retain the property and enter into a *Reaffirmation Agreement*. <br> ■ Retain the property and [explain]: <br><br> **avoid lien using 11 U.S.C. § 522(f)** | ☐ No <br><br> ■ Yes |
| Creditor's name: **Midland Funding** <br><br> Description of property: **5392 Windem Drive Medina, OH 44256  Medina County Situated in the Township of Montville, County of Medina, and State of Ohio, and known as being teh whole of Sublot** | ☐ Surrender the property. <br> ☐ Retain the property and redeem it. <br> ☐ Retain the property and enter into a *Reaffirmation Agreement*. | ☐ No <br><br> ■ Yes |

Official Form 108    Statement of Intention for Individuals Filing Under Chapter 7    page 1

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

18-53028-amk    Doc 61    FILED 08/20/19    ENTERED 08/20/19 09:55:09    Page 1 of 3

| Debtor 1 | Thomas Jones Bartholomew | | Case number (if known) | 18-53028 |
|---|---|---|---|---|
| Debtor 2 | Cheryl Marie Fabian | | | |

| property securing debt: | Number Seventy-One (71) in teh Ridgewood Falls Subdivision Phase 4 of part | ■ Retain the property and [explain]:<br>avoid lien using 11 U.S.C. § 522(f) | |
|---|---|---|---|

| Creditor's name: | Progressive Leasing | ☐ Surrender the property.<br>■ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement*.<br>☐ Retain the property and [explain]: | ☐ No<br>■ Yes |
|---|---|---|---|
| Description of property securing debt: | Couch | | |

| Creditor's name: | SPS | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement*.<br>■ Retain the property and [explain]:<br><br>**Retain and Pay** | ☐ No<br>■ Yes |
|---|---|---|---|
| Description of property securing debt: | 5392 Windem Drive Medina, OH 44256 Medina County Situated in the Township of Montville, County of Medina, and State of Ohio, and known as being teh whole of Sublot Number Seventy-One (71) in teh Ridgewood Falls Subdivision Phase 4 of part | | |

| Creditor's name: | Wells Fargo | ☐ Surrender the property.<br>■ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement*.<br>☐ Retain the property and [explain]: | ☐ No<br>■ Yes |
|---|---|---|---|
| Description of property securing debt: | 2008 Ford F150 165000 miles | | |

### Part 2: List Your Unexpired Personal Property Leases

For any unexpired personal property lease that you listed in Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G), fill in the information below. Do not list real estate leases. Unexpired leases are leases that are still in effect; the lease period has not yet ended. You may assume an unexpired personal property lease if the trustee does not assume it. 11 U.S.C. § 365(p)(2).

| Describe your unexpired personal property leases | Will the lease be assumed? |
|---|---|
| Lessor's name:<br>Description of leased Property: | ☐ No<br>☐ Yes |
| Lessor's name:<br>Description of leased Property: | ☐ No<br>☐ Yes |
| Lessor's name:<br>Description of leased Property: | ☐ No<br>☐ Yes |
| Lessor's name:<br>Description of leased Property: | ☐ No<br>☐ Yes |

| Debtor 1 | Thomas Jones Bartholomew | Case number *(if known)* | 18-53028 |
|---|---|---|---|
| Debtor 2 | Cheryl Marie Fabian | | |

Lessor's name:
Description of leased Property:
☐ No
☐ Yes

Lessor's name:
Description of leased Property:
☐ No
☐ Yes

Lessor's name:
Description of leased Property:
☐ No
☐ Yes

### Part 3: Sign Below

**Under penalty of perjury, I declare that I have indicated my intention about any property of my estate that secures a debt and any personal property that is subject to an unexpired lease.**

X **/s/ Thomas Jones Bartholomew**
**Thomas Jones Bartholomew**
Signature of Debtor 1

Date **August 19, 2019**

X **/s/ Cheryl Marie Fabian**
**Cheryl Marie Fabian**
Signature of Debtor 2

Date **August 19, 2019**

Official Form 108    Statement of Intention for Individuals Filing Under Chapter 7    page 3

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

18-53028-amk    Doc 61    FILED 08/20/19    ENTERED 08/20/19 09:55:09    Page 3 of 3